1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

MARTIN LEE FOSTER,

No.  2:21-cv-01286-TLN-CKD

12

Plaintiff,

13

v.

**ORDER**

14

THE STATE DEPARTMENT OF STATE
HOSPITALS,

15

16

Defendant.

17

18

Plaintiff, a county inmate proceeding *pro se*, has filed this civil rights action seeking relief

19

under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20

28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21

On November 16, 2021, the magistrate judge filed findings and recommendations herein

22

which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

23

findings and recommendations were to be filed within fourteen days.  (ECF No. 6.)  Plaintiff has

24

not filed objections to the findings and recommendations.

25

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

26

F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

27

*See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

28

the file, the Court finds the findings and recommendations to be supported by the record and by

1

the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 16, 2021, (ECF No. 6), are adopted in full;

2.  Plaintiff's complaint is dismissed without leave to amend; and,

3.  The Clerk of Court is directed to close this case.

DATED:  January 24, 2022

Troy L. Nunley
United States District Judge